**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6654**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BENITO AGUILERA LOPEZ, a/k/a Benito Lopez Aguilera,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Samuel G. Wilson,
District Judge.  (5:09-cr-00035-SGW-1)

Submitted: July 19, 2012               Decided:  July 26, 2012

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benito Aguilera Lopez, Appellant Pro Se.  Sharon Burnham, Craig
Jon Jacobsen, I, Assistant United States Attorneys, Roanoke
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benito Aguilera Lopez appeals the district court's order denying relief on his "Motion for Sentence Adjustment and Downward Departure Under Extraordinary Circumstances of Serious Consequences Under Non-Citizen Status." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Lopez</u>, No. 5:09-cr-00035-SGW-1 (W.D. Va. Mar. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>